## RHEA'S LESSEE v. WILLIAMS et al.

Supreme Court.  Sussex.  March, 1795.

*Bayard's Notebook, 95.*

*Wilson* for the defendant moved for a nonsuit because no conveyance was shown from Jeremiah Jadwin, the patentee, to Henry Hooper, who devised the land in 1720 and under whom the plaintiff claimed.

READ, C. J., said he doubted the power of the Court to grant a nonsuit; that the practice in England was derived from a particular statute.  However, as the defendants might demur to the title if they thought their objection valid, the Court would not interfere in this stage of the business.

## WADLES v. PRETTYMAN et al.

Supreme Court.  Sussex.  March, 1795.

*Bayard's Notebook, 95.*

PER CURIAM.  The rent is apportionable, and it has always been held that the Statute, 11 Geo. II, c. 19, extended to this country.

*Wilson* [for] plaintiff.  *Bayard* for defendant.